IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **VENUSTIANO CARDOSO,** § <br> **#57189-177,** § <br> Movant, § <br> § <br> v. § <br> § <br> **UNITED STATES OF AMERICA,** § <br> Respondent. § | **CIVIL NO. 3:22-CV-765-K** <br> **(CRIMINAL NO. 3:18-CR-232-K-4)** |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is ORDERED, ADJUDGED and DECREED that:

1. The 28 U.S.C. § 2255 motion to vacate, set aside, or correct sentence (Doc. 2) is **DENIED** with prejudice as barred by the statute of limitations.

2. The Clerk shall transmit a true copy of this Judgment to the movant.

SO ORDERED.

**Signed April 13th, 2022.**

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE